IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA, LAS VEGAS DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter: 7 |
| ALAN L BACHER | : | |
| CONCEPCION BACHER | : | |
| | : | |
| | : | BANKRUPTCY NO:   09-26896-MKN |

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

   1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

   2. The address to which all such notices should be sent is:

   eCAST Settlement Corporation
   POB 35480
   Newark NJ 07193 5480


By: /s/ GILBERT B. WEISMAN

   Gilbert B Weisman, Esquire, PA59872
   Becket & Lee LLP, Attorneys/Agent for Creditor
   POB 3001
   Malvern PA 19355-0701
   PHONE:    (610) 644-7800
   FAX:      (610) 993-8493
   EMAIL:    notices@becket-lee.com

   DATE:     09/14/2009

Pet:  09/10/2009

EF1-CBO

